UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LEWIS,
    Petitioner,

No. 1:07-cv-89

-v-

HONORABLE PAUL L. MALONEY

THOMAS BELL,
    Respondent.

## JUDGMENT

Having denied the petition for writ of habeas corpus, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 29, 2010                  /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge